# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SHEIRA BROWN, *Plaintiff*, v. HARFORD BANK, *Defendant*. | Civil Action. No. 1:21-cv-00096-JRR |

# JOINT STATUS REPORT

Plaintiff, Sheira Brown, and Defendant, Harford Bank, pursuant to this Court's Scheduling Order, submit their Joint Status Report as follows:

1. All discovery depositions in this matter have been completed.

2. On the date of this report, Plaintiff is filing a Motion for Leave to serve one additional discovery request and seeks an Order that Defendant shall answer the same. Defendant intends to oppose this request.

3. All discovery has been completed, except for the subject of Plaintiff's Motion for Leave that Plaintiff will file with the Court on February 24, 2023.

4. Motions for summary judgment will be filed prior to the Court's pre-trial motions deadline of March 31, 2023.

5. A settlement conference in this matter has been scheduled for May 11, 2023.

Respectfully Submitted,

**HILLIARD MARTINEZ GONZALES LLP**

By: */s/ Matthew L. McMullen*
Rudy Gonzales, Jr.
Federal ID No. 1896
*Pro Hac Vice*
rudyg@hmglawfirm.com
Matthew L. McMullen
mmcmullen@hmglawfirm.com
*Pro Hac Vice*
Leslie M. Tyroch
*Pro Hac Vice*
ltyroch@hmglawfirm.com
Jessica J. Pritchett
Pro Hac Vice
jpritchett@hmglawfirm.com
Corpus Christi, Texas 78401
T: 361-882-1612
F: 361-882-3015

**COLLINS LEGAL GROUP, LLC**

By: */s/ Tiffani S. Collins*
Tiffani S. Collins
tiffani@collinslaw.com
Fed ID No. 29274
20 S. Charles St. 901
Baltimore, MD 21201

**\*HMGService@hmglawfirm.com**
**\*Email for service of pleadings**

*Counsel for Plaintiff*

By: */s/ Scott H. Marder*
Scott H. Marder (Bar No. 28789)
shmarder@tandllaw.com
THOMAS & LIBOWITZ, P.A.
25 S. Charles Street, Suite 2015
Baltimore, Maryland 21202-1053
Telephone: (410) 752-2468
Facsimile: (410) 752-0979

*Counsel for Defendant*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Joint Status Report was served through the Court's CM/ECF system and thereby delivered by electronic means to all counsel of record this 24th day of February, 2023.

*/s/ Matthew McMullen*